**Aaron HOLSEY, Plaintiff–Appellant,**

v.

**SUNTRUST BANK, INCORPORATED; Koons Ford of Baltimore, Incorporated; James E. Koons, individually and as President of Koons Ford Inc.; William R. Hagen, individually and as Vice President for SunTrust Bank, Inc.; Johnny Harbuck, individually and as Director of Consumer Lending Services; Wendy Linton, individually and as general Sales Manager for Koons Ford; Goldie Campbell, individually and as Business Manager for Koons Ford; Phil Crump, individually and as Sales Consultant for Koons Ford, Defendants–Appellees.**

No. 10–1071.

United States Court of Appeals, Fourth Circuit.

Submitted: March 31, 2010.

Decided: April 28, 2010.

Aaron Holsey, Appellant Pro Se. Bradford Scott Bernstein, Miles & Stockbridge, Rockville, Maryland; Brian M. Boyle,

Neuberger, Quinn, Gielen, Rubin & Gibber, PA, Baltimore, Maryland, for Appellees.

Before SHEDD, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron Holsey appeals the district court's orders dismissing this action and denying Holsey's motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Holsey v. SunTrust Bank, Inc.,* No. 1:09–cv–01717–WMN, 2009 WL 5108890 (D. Md. Dec. 16, 2009 & Jan. 7, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*